IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MUTUAL OF ENUMCLAW INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY AND BAKER COMMODITIES, INC., <br><br> Defendants. | CV 23-135-M-DWM <br><br><br> ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The preliminary pretrial conference set for January 31, 2024 is VACATED.

DATED this 4th day of January, 2024.

Donald W. Molloy, District Judge
United States District Court